IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| WILLIAM D. BATTLE, III, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:16-cv-00020 |
| | ) | |
| v. | ) | |
| | ) | By: Elizabeth K. Dillon |
| J. LEDFORD, *et al.*, | ) | United States District Judge |
|     Defendants. | ) | |

**MEMORANDUM OPINION**

Plaintiff William D. Battle, III, proceeding *pro se*, filed a complaint pursuant to 42 U.S.C. § 1983. By order entered January 21, 2016, the court conditionally filed this action and, *inter alia*, advised Battle that he must notify the court in writing immediately upon his transfer or release, and provide the court with a new address. *See* Dkt. No. 5. The court warned Battle that failure to notify the court of a change of address would result in dismissal of the case. *Id.* On February 26, 2019, and March 7, 2019, two court orders and two notices of hearings were returned to the court as undeliverable and with no forwarding address. *See* Dkt. Nos. 50 and 51. One of the returned orders indicates that Battle has been released from incarceration. *See* Dkt. No. 50. Battle has not provided the court with an updated address; therefore, the court has no means of contacting him. Accordingly, the court will dismiss Battle's complaint without prejudice. Battle is advised that he may refile his claims in a separate action.

An appropriate order will be entered.

Entered: March 8, 2019.

/s/ *Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge